USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
FAZLUL KADIR,                                            :
:
:
:
                                   Plaintiff,           :
:                          1:26-cv-201-GHW
                   -against-                             :
:                               ORDER
CITIBANK, N.A., *et al.*,                               :
:
                                   Defendants.  :
:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of

New York, on January 9, 2026. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes

to demand a jury trial in this matter, the demand must be served and filed no later than January 23,

2026. Additionally, counsel for Defendants CitiBank, N.A., Equifax Information Services, LLC, and

Experian Information Solutions, Inc. are directed to promptly file notices of appearance in this case.

SO ORDERED.

Dated: January 14, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge