USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FAZLUL KADIR,

Plaintiff,

-against-

CITIBANK, N.A., et al.,

Defendant(s).

**Docket No.**: 1:26-cv-00201-GHW

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION, LLC ONLY**

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Fazlul Kadir and Defendant Trans Union, LLC, that the within action shall be dismissed with prejudice, only as to Trans Union, LLC, and with each party to bear their own fees and costs.

**Tariq Law PC**
*Attorney for Plaintiff*
*Fazlul Kadir*

By: ______________________
Subhan Tariq, Esq.

99 Park Ave, Suite 1530
New York, NY 10016
Tel No: (212) 804-9095

**Quilling Selander Lownds Winslett Moser**
*Attorney for Defendant*
*Trans Union, LLC*

By: /s/ Myra Denise Feagin
Myra Denise Feagin, Esq.

10333 N. Meridian Street, Suite 200
Indianapolis, IN 46290
Tel No: (317) 497-5600

Plaintiff and Defendant Trans Union LLC have stipulated to the dismissal of Plaintiff's claims against Defendant Trans Union LLC with prejudice under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to remove the name of Defendant Trans Union LLC from the caption of this case.

SO ORDERED.

Dated: October 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge