USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FAZLUL KADIR, Plaintiff, | : | 1:26-cv-201-GHW |
| -against- | : | ORDER |
| CITIBANK, N.A., Defendant. | : | |

GREGORY H. WOODS, United States District Judge:

In the Court's order dated April 10, 2026, Dkt. No. 33, the parties were directed to submit a joint status letter to the Court no later than November 16, 2026. The Court has not received the joint status letter. The parties are directed to comply with the Court's April 10, 2026 order forthwith and in any event no later than November 20, 2026.

SO ORDERED.

Dated: November 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge